IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED: **8/19/20**
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | § SEALED |
| | § |
| v. | § No. 4:20CR 232 |
| | § Judge MAZZANT |
| DAVID ALAN PETTIGREW | § |
| CHAD MICHAEL RIDER | § |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. §§ 2252A(a)(1) and (b)(1) (Transportation of Child Pornography)

On or about May 20, 2020, in the Eastern District of Texas, **David Alan Pettigrew**, defendant, did knowingly transport any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant, **David Alan Pettigrew**, using an electronic mail service and the Internet did transport the following visual depictions:

| FILE IDENTIFIER | DESCRIPTION |
|---|---|
| image.1-1.jpeg | This image depicts a nude, prepubescent female seated with her legs spread apart, exposing her genitals to the camera, which are the focus of the image. |
| image.8-1.jpeg | This image depicts a prepubescent female sitting with a towel around her upper body. The child's genitals are exposed to the camera, which are the focus of the image. |

In violation of 18 U.S.C. §§ 2252A(a)(1) and (b)(1).

## Count Two

> Violation: 18 U.S.C. §§ 2251(a) and (e)
> (Sexual Exploitation of Children a/k/a
> Production of Child Pornography;
> Conspiracy and Attempt)

Between on or about May 1, 2016, and the present, in the Eastern District of Texas, **David Alan Pettigrew** and **Chad Michael Rider**, defendants, did conspire and attempt to employ, use, persuade, induce, entice, and coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing or having reason to know that such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendants, **David Alan Pettigrew** and **Chad Michael Rider**, did conspire and attempt to employ, use, persuade, induce, entice, and coerce minor victims, known and unknown to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using digital devices including cameras and a Maxtor external hard drive.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Indictment, the defendants, **David Alan Pettigrew** and **Chad Michael Rider**, shall forfeit to the United States his interest in the following property, including, but not limited to:

1. Samsung Galaxy Note 9 cellular phone, bearing IMEI number 358620098257036;
2. Lenovo laptop computer, bearing serial number UB02564646;
3. Maxtor external hard drive, bearing serial number L42CRG2G;
4. ONN 64GB thumb drive, bearing serial number ONA1905009.

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the property being:

1. any visual depiction described in section . . . 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; or

3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

By virtue of the commission of the offense alleged in this Indictment, any and all interest the defendant has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §§ 2253(a)(1), (a)(2), and (a)(3).

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____    Date: 8/19/2020
MARISA J. MILLER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | No. 4:20CR ~~~ |
| | § | Judge |
| DAVID ALAN PETTIGREW | § | |
| CHAD MICHAEL RIDER | § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. §§ 2252A(a)(1) and (b)(1)

Penalty:  Imprisonment for not less than five years and not more than twenty years; but if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than fifteen years and not more than forty years; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment: $ 5,000.00

### Count Two

Violation:  18 U.S.C. §§ 2251(a) and (e)

Penalty:  Imprisonment for not less than 15 years and not more than 30 years; if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform

Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than 25 years and not more than 50 years; if the defendant has two or more convictions under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to the sexual exploitation of children, such person shall be imprisoned for not less than 35 years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

<u>Special Assessment</u>: $ 100.00

<u>JVTA Assessment</u>:   $ 5,000.00