# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | 4:20-CR-232 |
| § | Judge Mazzant |
| CHAD MICHAEL RIDER (2) § | |
| § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 1, 2022, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #124) (the "Report") that Defendant Chad Michael Rider's ("Defendant") Motion to Suppress Statements (Dkt. #101) be denied.

Defendant filed his motion on January 28, 2022, seeking to suppress certain statements Defendant made to Homeland Security Investigations agents on August 6, 2020 (Dkt. #101). On February 11, 2022, the Government filed its response (Dkt. #103), which included a transcript of the conversation between Defendant and the agents (Dkt. #103, Exhibit 1). On February 20, 2022, Defendant filed a reply (Dkt. #108). On June 16, 2022, the Magistrate Judge held a hearing on Defendant's motion (Dkt. #117). A transcript of the hearing was filed on June 24, 2022 (Dkt. #120). Additionally, both parties filed post-hearing briefs in support of their respective positions (Dkt. #119; Dkt. # 122). Thereafter, on July 1, 2022, the Magistrate Judge entered the Report (Dkt. #124). On July 15, 2022, Defendant filed Objections (Dkt. #150) to the Report.

The Court has reviewed the statements, the applicable law, and the arguments of the parties contained in all the above pleadings, including arguments made at the hearing. Having duly

considered the matter, the Court finds that Defendant's Objections (Dkt. #150) should be, and hereby are, **OVERRULED**, and the Magistrate Judge's Report (Dkt. #124) should be, and hereby is, **ADOPTED** as the opinion of the Court. Accordingly, Defendant's Motion to Suppress Statements (Dkt. #101) is **DENIED**.

    **IT IS SO ORDERED.**

    SIGNED this 18th day of July, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE