THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

**DATE:** 7/18/2022

| | |
|---|---|
| **DISTRICT JUDGE** <br> Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham <br> **COURTROOM DEPUTY:** Keary Conrad |

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> CHAD MICHAEL RIDER | CAUSE NUMBER 4:20-CR-232 |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Jay Combs and Marisa Miller, AUSA | Howard Sohn and Michael Levine |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Voir Dire, Jury Selection |
|---|---|
| 1:58 p.m. | Court in session. Court notes appearances. |
| 2:00 p.m. | Judge addresses the panel. |
| 2:10 p.m. | Court has the Government and the Defendant's team announce Parties at their table and their respective witness lists. |
| 2:14 p.m. | AUSA Jay Combs begins voir dire. |
| 3:14 p.m. | Defendant's counsel, Michael Levine begins voir dire. |
| 3:28 p.m. | Bench conference. |
| 3:30 p.m. | Bench conference concluded. |
| 3:30 p.m. | Defendant's counsel, Michael Levine continues voir dire. |
| 4:18 p.m. | Government AUSA, Jay Combs continues voir dire. |
| 4:25 p.m. | Counsel are excused. |
| 4:27 p.m. | Jury panel excused for break while attorneys meet in chambers. |
| 4:27 p.m. | Court recess for strikes. |
| 5:53 p.m. | Court re-convened. |
| 5:53 p.m. | Bench conference. |
| 5:58 p.m. | Jury seated.   Oath administered to the jury. |
| 6:00 p.m. | Remaining panel excused. |
| 6:03 p.m. | Jury excused. |
| 6:04 p.m. | Court addresses issues regarding record keeper and Rule 902 and hears argument from Counsel. Exhibits 58, 59, 60, 61, 51-57, 62, 63, 64, 65, and 66.  No objection. Court pre-admits those exhibits. |
| 6:06 p.m. | Court hears from the Government regarding redaction requests and Defendant's counsel advises they will provide this evening. |

| | |
|---|---|
| 6:06 p.m. | Court hears argument from Defendant's counsel regarding the Court's order granting motion to exclude Dr. Compton and advises they will have additional argument and case law. Court will provide a copy of the Dr. Compton's report. |
| 6:10 p.m. | Court addresses the changes to the preliminary instructions based on comments at PTC. No additional objections by either party. |
| 6:10 p.m. | Court will re-convene at 8:15 a.m. |

**DAVID O'TOOLE, CLERK**

BY: _Keary Conrad_
Courtroom Deputy Clerk