THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

**DATE:** 7/19/2022

| DISTRICT JUDGE | COURT REPORTER: Chris Bickham |
|---|---|
| Amos L. Mazzant, III | COURTROOM DEPUTY: Keary Conrad |

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CAUSE NUMBER 4:20-CR-232 |
| CHAD MICHAEL RIDER | |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| Jay Combs and Marisa Miller, AUSA | Howard Sohn and Michael Levine |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial Day 1 |
|---|---|
| 8:15 a.m. | Court in session. Court notes appearances. |
| 8:20 a.m. | Court hears argument from Defendant's counsel, Howard Sohn regarding witnesses that will not be called and witnesses remaining in courtroom. Government invokes the rule. |
| 8:23 a.m. | Court hears from Defendant's counsel, Michael Levine regarding expert, Dr. Compton and requests the Court reconsider. The Court hears response from Government AUSA Marisa Miller. |
| 8:30 a.m. | Jury seated. |
| 8:32 a.m. | Court provides preliminary instructions to the jury. |
| 8:45 a.m. | Government AUSA Marisa Miller begins opening statement. |
| 8:55 a.m. | Defendant's counsel, Howard Sohn begins opening statement. |
| 9:02 a.m. | Government AUSA Marisa Miller calls Supervisory Special Agent Jason Mitchell. Witness placed under oath. AUSA Miller begins direct examination. |
| 9:14 a.m. | Government AUSA Marisa Miller offers Government Exhibit 2. No objection. Government Exhibit 2 is admitted. |
| 9:22 a.m. | Government AUSA Marisa Miller offers Government Exhibit 9. No objection. Government Exhibit 9 is admitted. |
| 9:36 a.m. | Pass the witness. Defendant's counsel, Howard Sohn begins cross examination. |
| 9:59 a.m. | Pass the witness. Government AUSA Marisa Miller re-direct examination. |
| 10:07 a.m. | Witness excused. |
| 10:08 a.m. | Jury excused. Court recess for 15 minutes. |
| 10;26 a.m. | Court re-convened. Jury seated. |
| 10:27 a.m. | Government AUSA Jay Combs calls Gayle Guthrie. Witness placed under oath. AUSA Combs begins direct examination. |

| | |
|---|---|
| 10:34 a.m. | Government AUSA Jay Combs offers Government Exhibit 5. No objection. Government Exhibit 5 is admitted. |
| 10:38 a.m. | Government AUSA Jay Combs offers Government Exhibit 3. |
| 10:38 a.m. | Bench conference. |
| 10:40 a.m. | Defendant's object to photographs being prejudicial and not relevant. Objection overruled. Government Exhibit 3 is admitted. |
| 10:43 a.m. | Government AUSA Jay Combs offers Government Exhibit 1. No objection. Government Exhibit 1 is admitted. |
| 10:45 a.m. | Government AUSA Jay Combs offers Government Exhibit 8. No objection. Government Exhibit 8 is admitted. |
| 10:47 a.m. | Government AUSA Jay Combs offers Government Exhibit 7. No objection. Government Exhibit 7 is admitted. |
| 10:48 a.m. | Government AUSA Jay Combs offers Government Exhibit 6. No objection. Government Exhibit 6 is admitted. |
| 11:09 a.m. | Pass the witness. Defendant's counsel, Howard Sohn begins cross examination. |
| 11:19 a.m. | Pass the witness. Witness excused. |
| 11:20 a.m. | Government AUSA Marisa Miller calls Minor Victim 1 (aka "Nevaeh"). Witness placed under oath. AUSA Miller begins direct examination. |
| 11:21 a.m. | Government publishes Government Exhibit 53 agreed to by the Parties by stipulation. |
| 12:04 p.m. | Jury excused for lunch. |
| 1:04 p.m. | Court hears from Government AUSA regarding redaction of the statement of the Defendant. Government does not agree with all the redactions. Court will address before end of the day. |
| 1:05 p.m. | Court recess for lunch until 1:05 p.m. |
| 1:07 p.m. | Court re-convened. Jury seated. |
| 1:08 p.m. | Government AUSA Marisa Miller continues direct examination of witness, Nevaeh. |
| 1:26 p.m. | Pass the witness. No cross examination. |
| 1:27 p.m. | Government AUSA Jay Combs calls Special Agent Gabriel Martinez of Homeland Security Investigations. Witness placed under oath. AUSA Jay Combs begins direct examination. |
| 1:31 p.m. | Government AUSA Jay Combs offers Government Exhibit 20. No objection. Government Exhibit 20 admitted. |
| 1:34 p.m. | Government AUSA Jay Combs offers Government Exhibit 21. No objection. Government Exhibit 21 admitted. |
| 1:35 p.m. | Government AUSA Jay Combs asks the Court to take judicial notice of the manufactured location of the Maxtor hard drive. Government will provide case site to the Court and Court will review. |
| 1:36 p.m. | Pass the witness. No cross examination. Witness excused. |
| 1:36 p.m. | Government AUSA Marisa Miller calls Special Agent Benjamin McCrosky of Homeland Security Investigations. Witness placed under oath. AUSA Miller begins direct examination. |
| 1:51 p.m. | Government AUSA Marisa Miller offers Government Exhibit 22. No objection. Government Exhibit 22 is admitted. |
| 1:57 p.m. | Pass the witness. Defendant's counsel, Howard Sohn begins cross examination. |
| 2:16 p.m. | Pass the witness. Witness excused. |

| Time | Event |
|---|---|
| 2:16 p.m. | Government AUSA Marisa Miller calls Special Agent Michael Hernandez, Homeland Security Investigations. Witness placed under oath. AUSA Miller begins direct examination. |
| 2:27 p.m. | Government AUSA Marisa Miller offers Government Exhibits 26, 40, and 42. No objection. Government Exhibits 26, 40, and 42 are admitted. |
| 2:32 p.m. | Government AUSA Marisa Miller offers Government Exhibit 24. No objection. Government Exhibit 24 is admitted. |
| 2:39 p.m. | Government AUSA Marisa Miller offers Government Exhibit 23. No objection. Government Exhibit 23 is admitted. |
| 2:46 p.m. | Government AUSA Marisa Miller offers Government Exhibit 25. No objection. Government Exhibit 25 is admitted. |
| 2:52 p.m. | Pass the witness. Defendant's counsel, Michael Levine begins cross examination. |
| 3:08 p.m. | Pass the witness. Government AUSA Miller begins re-direct examination. |
| 3:13 p.m. | Pass the witness. Witness excused. |
| 3:13 p.m. | Jury excused for break. |
| 3:14 p.m. | Parties discuss the redaction objections. Court reviewed the transcripts and redactions provided and the Court orders the following pages removed: 3, 57, 78, 86, 87, 90, 93-94, 98-99, 102, 105. The remaining are fine. |
| 3:21 p.m. | Court adjourned for 15 minute break. |
| 3:37 p.m. | Court re-convened. Jury seated. |
| 3:38 p.m. | Government AUSA Marisa Miller calls Minor Victim 1 (aka "Taran"). Witness placed under oath. Government AUSA Marisa Miller begins direct examination. |
| 3:39 p.m. | Government publishes Government Exhibit 57 agreed to by the Parties by stipulation. |
| 3:57 p.m. | Pass the witness. Witness excused. |
| 3:57 p.m. | Government AUSA Jay Combs calls Special Agent Noel Jones of Homeland Security Investigations. Witness placed under oath. AUSA Combs begins direct examination of Noel Jones. |
| 4:01 p.m. | Government AUSA Jay Combs offers Government Exhibit 4. No objection. Government Exhibit 4 is admitted. |
| 4:04 p.m. | Government AUSA Jay Combs offers Government Exhibit 10. No objection. Government Exhibit 10 is admitted. |
| 4:05 p.m. | Government AUSA Jay Combs offers Government Exhibit 11. No objection. Government Exhibit 11 is admitted. |
| 4:06 p.m. | Government AUSA Jay Combs offers Government Exhibit 13. No objection. Government Exhibit 13 is admitted. |
| 4:07 p.m. | Government AUSA Jay Combs offers Government Exhibit 12. No objection. Government Exhibit 12 is admitted. |
| 4:22 p.m. | Government AUSA Jay Combs offers Government Exhibit 16. No objection. Government Exhibit 16 is admitted. |
| 4:25 p.m. | Government AUSA Jay Combs offers Government Exhibit 18. No objection. Government Exhibit 18 is admitted. |
| 4:28 p.m. | Government AUSA Jay Combs offers Government Exhibit 17. No objection. Government Exhibit 17 is admitted. |
| 4:32 p.m. | Government AUSA Jay Combs offers Government Exhibit 15. No objection. Government Exhibit 15 is admitted. |

| | |
|---|---|
| 4:35 p.m. | Government AUSA Jay Combs offers Government Exhibit 49. No objection. Government Exhibit 49 is admitted. |
| 4:41 p.m. | Pass the witness.   Defendant's counsel, Howard Sohn begins cross examination. |
| 4:53 p.m. | Pass the witness.   Witness excused. |
| 4:53 p.m. | Jury excused. |
| 4:54 p.m. | Parties discuss timing of the Government's case and Defendant's case. |
| 4:55 p.m. | Court adjourned. |

**DAVID O'TOOLE, CLERK**

BY: *Keary Conrad*

Courtroom Deputy Clerk